1  **DANIEL A. BACON 065099**
   LAW OFFICES OF DANIEL A. BACON
2  2445 Capitol Street, Suite 160A
   Fresno, California 93721
3  Telephone: (559) 412-4420

4  Attorney for TODD MUMMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-00168-NONE-SKO |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| TODD MUMMA, | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between the parties, namely defendant Todd Mumma through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney Henry Carbajal III, that the Pretrial Release Order, Paragraph 17, be amended to authorize the defendant's adult daughter, Madison Mumma, to stay with the defendant at his residence from November 13 through November 22, 2020. Madison Mumma will be allowed to bring with her one mobile phone and laptop computer capable of connecting to the internet, provided that the defendant will not be permitted to use said devices or access the internet in any way.

This stipulation and proposed order has been forwarded to all parties, and no objection has been made to the court's granting of this order.

Executed this 10th day of November, 2020, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
TODD MUMMA

STIPULATION AND ORDER

Executed this 10th day of November, 2020, at Fresno, California.

/s/ Henry Carbajal III
HENRY CARBAJAL III
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  **November 10, 2020**               /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE