**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone:  (559) 412-4420

Attorney for TODD MUMMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-00168-NONE-SKO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| TODD MUMMA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated by and between the parties, namely defendant Todd Mumma through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney David Gappa, that the Pretrial Release Order, Paragraph 7(p), be amended to read as follows:

" . . . not use or possess a computer or any device capable of accessing the internet.  Your custodian is authorized to have one password protected smartphone, one password protected desktop computer, one password protected Play Station 4 gaming console, and her significant other is authorized to have one password protected smartphone inside the shared residence."

This stipulation and proposed order has been forwarded to all parties, and no objection has been made to the court's granting of this order.

Executed this 12th day of January, 2021, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
TODD MUMMA

STIPULATION AND [PROPOSED] ORDER

Executed this 12th day of January, 2021, at Fresno, California.

/s/ David Gappa
DAVID GAPPA
Assistant United States Attorney

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS APPROVED AND SO ORDERED.

Dated:   **January 12, 2021**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE