1 **DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2 2445 Capitol Street, Suite 160A
Fresno, California 93721
3 Telephone:  (559) 412-4420

4 Attorney for TODD MUMMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:20-cr-00168-NONE-SKO |
| Plaintiff, ) | STIPULATION AND  ORDER |
| vs. ) | |
| TODD MUMMA, ) | |
| Defendant. ) | |

  It is hereby stipulated by and between the parties, namely defendant Todd Mumma through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney David Gappa, that the Pretrial Release Order, Paragraphs 7(w) and 7(x), be amended to authorize the following:

  1.  The defendant will be allowed to leave his residence on Tuesday, February 23, 2021 at 1:30 PM for the express purpose of traveling to his business, Select Business Systems, in order to interview prospective managers.  He will be allowed to remain at his office through 4:00 PM and will be under the supervision of third-party custodian John Christino, who will verify that the defendant will not have access to any computer or the internet.

  2.  The defendant will be allowed to travel from his business on February 23, 2021 at the hour of 4:00 PM to Carmax, located at 7180 North Palm Avenue, Fresno, California 93650 for the express purpose of selling his 2013 Ford F150.  He will then return to his home on or before 6:00 PM on February 23, 2021.

This stipulation and proposed order has been forwarded to Pretrial Services Officer Ali Magain, and she approves of same.

Executed this 17th day of February, 2021, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
TODD MUMMA

Executed this 17th day of February, 2021, at Fresno, California.

/s/ David Gappa
DAVID GAPPA
Assistant United States Attorney

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: **February 18, 2021**

UNITED STATES MAGISTRATE JUDGE