**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for TODD MUMMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:20-cr-00168-NONE-SKO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| TODD MUMMA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    It is hereby stipulated by and between the parties, namely defendant Todd Mumma through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney David Gappa, that the Pretrial Release Order, Paragraphs 7(w) and 7(x), be amended to authorize the following:

    1. The defendant will be allowed to leave his residence on Thursday, April 22, 2021 at 10:00 AM for the express purpose of traveling to his business, Select Business Systems, in order to meet with a potential buyer of the business. He will be allowed to remain at his office through 1:30 PM and will be under the supervision of third-party custodian John Christino, who will verify that the defendant will not have access to any computer or the internet.

    2. The defendant will be allowed to travel from his business on April 22, 2021 at the hour of 1:30 PM to the law offices of Daniel A. Bacon, 2445 Capitol Street, Suite 160A, Fresno, California 93721 for the express purpose of meeting with the U.S. Marshal, as well as discussing his case. He will then return to his home on or before 4:00 PM on April 22, 2021.

STIPULATION AND [PROPOSED] ORDER

This stipulation and proposed order has been forwarded to Pretrial Services Officer Ali Magain, and she approves of same.

Executed this 13th day of April, 2021, at Fresno, California.

                                /s/ Daniel A. Bacon
                                DANIEL A. BACON, Attorney for
                                TODD MUMMA

Executed this 13th day of April, 2021, at Fresno, California.

                                /s/ David Gappa
                                DAVID GAPPA
                                Assistant United States Attorney

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS APPROVED AND SO ORDERED.

IT IS SO ORDERED.

Dated:   **April 14, 2021**

                                UNITED STATES MAGISTRATE JUDGE