**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for TODD MUMMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00168-NONE-SKO |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| TODD MUMMA, | |
| Defendant. | |

It is hereby stipulated by and between the parties, namely defendant Todd Mumma through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney David Gappa, that the Pretrial Release Order, Paragraph 7(c), be amended to authorize the following:

1. The defendant will be allowed to list his home for sale.

2. There will be no open houses allowed.

3. The broker will give at least 24 hours' notice when a person or persons want to view the home.

4. No minors will be allowed to enter the home for viewing.

5. The defendant will give Pretrial Services a one-day notice of the intended viewing, and if it is a weekend showing, Pretrial Services will be notified by Friday at noon.

6. During the time of the viewing, the defendant will be required to be outside the home in his back yard and have no contact with prospective buyers.

STIPULATION AND [PROPOSED] ORDER

7. The listing broker will provide verification to Pretrial Services for any showing of the property.

This stipulation and proposed order has been forwarded to Pretrial Services Officer Ali Magain, and she approves of same.

Executed this 4th day of May, 2021, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for TODD MUMMA

Executed this 4th day of May, 2021, at Fresno, California.

/s/ David Gappa
DAVID GAPPA
Assistant United States Attorney

## ORDER

Based upon the stipulation of the parties, and the agreement of Pretrial Services, and good cause appearing therefor,

IT IS APPROVED AND SO ORDERED.

Dated: **May 6, 2021**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE