**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for TODD MUMMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00168-NONE-SKO |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| TODD MUMMA, | |
| Defendant. | |

It is hereby stipulated by and between the parties, defendant Todd Mumma through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney David Gappa, that the Pretrial Release Order, Paragraph 17, be amended to authorize defendant's adult daughter, Madison Mumma, to stay with the defendant at his residence from June 11 through June 20, 2021. Madison Mumma will be allowed to bring with her one password-protected mobile phone and one password-protected laptop computer capable of connecting to the internet, provided that the defendant will not be permitted to use said devices or access the internet in any way.

This stipulation and proposed order has been forwarded to Pretrial Services Officer Frank Guerrero, who advises that Mr. Mumma has remained in compliance and who has no objection to the request.

Executed this 25th day of May, 2021, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
TODD MUMMA

STIPULATION AND ORDER

Executed this 25th day of May, 2021, at Fresno, California.

/s/ David Gappa
DAVID GAPPA
Assistant United States Attorney

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: June 1, 2021

SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE