**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for TODD MUMMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:20-cr-00168-NONE-SKO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| TODD MUMMA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated by and between the parties, namely defendant Todd Mumma through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney David Gappa, that the Pretrial Release Order, Paragraphs 7(w) and 7(x), be amended to authorize the following:

The defendant will be allowed to leave his residence on Friday, July 2, 2021 at 10:00 AM for the express purpose of traveling to his business, Select Business Systems, in order to meet with a new sales manager. He will be allowed to remain at his office through 2:00 PM and will be under the supervision of third-party custodian John Christino, who will verify that the defendant will not have access to any computer or the internet.

This stipulation and proposed order has been approved by Pretrial Services..

Executed this 29th day of June, 2021, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for TODD MUMMA

STIPULATION AND ORDER

Executed this 29th day of June, 2021, at Fresno, California.

/s/ David Gappa
DAVID GAPPA
Assistant United States Attorney

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS APPROVED AND SO ORDERED.

Dated: 6/30/2021                /s/ Barbara A. McAuliffe
BARBARA A. McAULIFFE
MAGISTRATE JUDGE, U. S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA