```
 1  DANIEL A. BACON 065099
    LAW OFFICES OF DANIEL A. BACON
 2  2445 Capitol Street, Suite 160A
    Fresno, California 93721
 3  Telephone: (559) 412-4420

 4  Attorney for TODD MUMMA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:20-cr-00168-NONE-SKO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| TODD MUMMA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated by and between the parties, namely defendant Todd Mumma through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney David Gappa, that the Pretrial Release Order, Paragraphs 7(w) and 7(x), be amended to authorize the following:

The defendant will be allowed to leave his residence on Thursday, July 8, 2021 at 9:00 AM for the express purpose of traveling to his business, Select Business Systems, for a walk-through with purchaser David Strull. He will be under the supervision of third-party custodian John Christino, who will verify that the defendant will not have access to any computer or the internet, and he will return to his residence by 1:00 PM.

This stipulation and proposed order has been approved by Pretrial Services..

Executed this 6th day of July, 2021, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for TODD MUMMA

STIPULATION AND [PROPOSED] ORDER

Executed this 6th day of July, 2021, at Fresno, California.

/s/ David Gappa
DAVID GAPPA
Assistant United States Attorney

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS APPROVED AND SO ORDERED.

Dated: **July 7, 2021**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE