**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone:  (559) 412-4420

Attorney for TODD MUMMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-00168-NONE-SKO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| TODD MUMMA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated by and between the parties, namely defendant Todd Mumma through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney David Gappa, that the Pretrial Release Order, Paragraphs 7(w) and 7(x), be amended to authorize the following:

The defendant will be allowed to leave his residence on Thursday, August 26, 2021 at 7:45 AM for the express purpose of traveling to his business, Select Business Systems, for a walk-through with new owner David Strull.  The purpose of the visit is to inform all employees that the business has been sold and transferred to David Strull.  Mr. Mumma will be under the supervision of third-party custodian John Christino, who will verify that the defendant will not have access to any computer or the internet, and he will return to his residence by 3:30 PM.

This stipulation and proposed order has been approved by Pretrial Services..

Executed this 12th day of August, 2021, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for  TODD MUMMA

STIPULATION AND [PROPOSED] ORDER

1    Executed this 12th day of August, 2021, at Fresno, California.

2
                                    /s/ David Gappa
3                                   DAVID GAPPA
                                    Assistant United States Attorney
4

5

6                                   **ORDER**

7    Based upon the stipulation of the parties, and good cause appearing therefor,

8        IT IS APPROVED AND SO ORDERED.

9
IT IS SO ORDERED.
10

11    Dated:    **August 17, 2021**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28