**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for TODD MUMMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-00168-NONE-SKO |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| TODD MUMMA, | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between the parties, defendant Todd Mumma through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney David Gappa, that the Pretrial Release Order, Paragraph 17, be amended to authorize defendant's adult daughter, Madison Mumma, to stay with the defendant at his residence from October 9, 2021 through October 17, 2021. Madison Mumma will be allowed to bring with her one password-protected mobile phone and one password-protected laptop computer capable of connecting to the internet, provided that the defendant will not be permitted to use said devices or access the internet in any way.

This stipulation and proposed order has been approved by Pretrial Services.

Executed this 6th day of October, 2021, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
TODD MUMMA

Executed this 6th day of October, 2021, at Fresno, California.

/s/ David Gappa
DAVID GAPPA, Assistant U.S. Attorney

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS APPROVED AND SO ORDERED.

IT IS SO ORDERED.

Dated:   **October 7, 2021**   _____
UNITED STATES MAGISTRATE JUDGE