**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 150
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for TODD MUMMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00168-NONE-SKO |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| TODD MUMMA, | |
| Defendant. | |

    It is hereby stipulated by and between the parties, namely defendant Todd Mumma through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney David Gappa, that the Pretrial Release Order, Paragraph 7(c) be amended to read as follows:

    The defendant shall reside as approved by Pretrial Services, and shall not change his residence without the prior approval of the Pretrial Services officer.

    This stipulation and proposed order has been approved by Pretrial Services.

    Executed this 26th day of October, 2021, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for TODD MUMMA

    Executed this 26th day of October, 2021, at Fresno, California.

/s/ David Gappa
DAVID GAPPA
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED.

Dated:  **October 27, 2021**         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE