**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 150
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for TODD MUMMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:20-cr-00168-NONE-SKO |
| ) Plaintiff, ) | STIPULATION AND ORDER |
| ) vs. ) | |
| ) TODD MUMMA, ) | |
| ) Defendant. ) | |

It is hereby stipulated by and between the parties, namely defendant Todd Mumma through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney David Gappa, that the Pretrial Release Order, Paragraphs 7(w) and 7(x), be amended to authorize the following:

The defendant will be allowed to leave his residence every Tuesday, Wednesday and Thursday at 8:30 AM for the express purpose of traveling to his former business, now known as Goodsuite, located at 7560 North Del Mar Avenue, Fresno, California 93711, and returning to his residence by 3:30 PM.

The defendant has been retained as an employee of Goodsuite and shall remain at the business from 9:00 AM to 3:00 PM on the above-stated days, unless authorized to leave by Pretrial Services. At the premises the defendant will have an office that only contains a telephone and he will be under the supervision of third-party custodian John Christino, who will verify that the defendant will not have access to or use any computer or the Internet.

STIPULATION AND [PROPOSED] ORDER

This stipulation and proposed order has been approved by Pretrial Services..

Executed this 12th day of November, 2021, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for TODD MUMMA

Executed this 12th day of November, 2021, at Fresno, California.

/s/ David Gappa
DAVID GAPPA
Assistant United States Attorney

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefor, the Pretrial Release Order, Paragraphs 7(w) and 7(x), shall be amended to authorize the following:

The defendant will be allowed to leave his residence every Tuesday, Wednesday and Thursday at 8:30 AM for the express purpose of traveling to his former business, now known as Goodsuite, located at 7560 North Del Mar Avenue, Fresno, California 93711, and returning to his residence by 3:30 PM.

IT IS SO ORDERED.

Dated:  **November 12, 2021**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE