1    **DANIEL A. BACON 065099**
     LAW OFFICES OF DANIEL A. BACON
2    2445 Capitol Street, Suite 150
     Fresno, California 93721
3    Telephone:  (559) 412-4420

4    Attorney for TODD MUMMA

5

6                          UNITED STATES DISTRICT COURT

7                         EASTERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,           )      Case No. 1:20-cr-00168-JLT-SKO
                                         )
10                          Plaintiff,   )      STIPULATION AND ORDER
                                         )
11                 vs.                   )
                                         )
12   TODD MUMMA,                         )
                                         )
13                          Defendant.   )
     _____    )

14

15         It is hereby stipulated by and between the parties, namely defendant Todd Mumma

16   through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant

17   U.S. Attorney David Gappa, that the Pretrial Release Order, Paragraph 7(c) be amended to read

18   as follows:

19         1. The defendant will be allowed to leave his home on Friday August 11, 2023 at 3:00

20   AM for the purpose of attending his daughter Madison's wedding in Aspen, Colorado.  He will

21   be traveling on United flight UA1989 which departs at 5:15 AM. He will transfer in Denver,

22   Colorado to United flight UA5607 and is scheduled to arrive in Aspen, Colorado at 3:00 PM.

23         2. The Defendant will check into a room at the Mountain Chalet Aspen Hotel, 333 E.

24   Durant Ave., Aspen, Colorado 81611.  His daughter Montana Mumma will install a unit in the

25   defendant's room which monitors his presence.

26         3. The defendant will be allowed to remain outside his designated hotel room on

27   August 11, 2023 until 11:00 PM. The defendant will be allowed to be outside of his designated

28   hotel room on August 12, 2023 from 7:00 AM until 12:00 midnight.

STIPULATION AND  ORDER

1      4. The defendant will be allowed to leave his designated hotel room on August 13, 2023

2  at 7:00 AM. He will travel on United flight UA4720 departing Aspen, Colorado at 1:55 PM and

3  transfer to United flight UA5304 to Fresno, which is scheduled to arrive at 5:26 PM.

4      5. The defendant will be required to return to his home by 7:00 PM on August 13, 2023.

5      6. The defendant will be required to contact Pretrial Services immediately should there be

6  any deviation from this schedule due to delayed or canceled flights, and he will be required to

7  provide proof to Pretrial of said deviation.

8      This stipulation and proposed order has been forwarded to Pretrial Services Officer

9  Margarita Zepeda and she approves same.

10      Executed this 31st day of May, 2023, at Fresno, California.

11                      /s/ Daniel A. Bacon
                          DANIEL A. BACON, Attorney for  TODD MUMMA

12

13      Executed this 31st day of May, 2023, at Fresno, California.

14

15                      /s/ David Gappa
                          DAVID GAPPA

16                          Assistant United States Attorney

17                        **ORDER**

18     Based upon the stipulation of the parties, and good cause appearing therefor,

19      IT IS SO ORDERED.

20

21      Dated:   **June 5, 2023**                      
                          UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28