**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 150
Fresno, California 93721
Telephone:  (559) 412-4420

Attorney for TODD MUMMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-00168-JLT-SKO |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| TODD MUMMA, | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between the parties, namely defendant Todd Mumma through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney David Gappa, that the Pretrial Release Order, Paragraph 7(c) be amended to read as follows:

1. Defendant Mumma will be allowed to leave his home on September 7, 2023 at 9:30 AM, and return at 3:00 PM, for the purpose of attending the viewing of his deceased uncle, Bill Vukovich, at the Whitehurst Funeral Home, and the burial and services at the Belmont Cemetery.

2. Mr. Mumma will be allowed to leave his home on September 8, 2023, at 10:30 AM and return at 2:30 PM, in order to attend the Celebration of Life for his uncle, Bill Vukovich, at the Copper River Country Club.

This stipulation and proposed order has been forwarded to Pretrial Services Officer

STIPULATION AND ORDER

Margarita Zepeda and she approves same.

    Executed this 5th day of September 2023, at Fresno, California.

                    /s/ Daniel A. Bacon
                    DANIEL A. BACON, Attorney for TODD MUMMA

    Executed this 5th day of September 2023, at Fresno, California.

                    /s/ David Gappa
                    DAVID GAPPA
                    Assistant United States Attorney

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: 9/5/2023                              /s/ Sheila K. Oberto
                                              U. S. MAGISTRATE JUDGE, Sheila K. Oberto