**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 150
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for TODD MUMMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:20-cr-00168-JLT-SKO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| TODD MUMMA, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated by and between the parties, namely defendant Todd Mumma through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney David Gappa, that the Pretrial Release Order, Paragraph 7(c) be amended to read as follows:

(z) You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. ***CURFEW: You must remain inside your residence at all times, except from 9:00 a.m. to 1:00 p.m. on weekdays (Monday-Friday). At all other times, you must remain***

STIPULATION AND [PROPOSED] ORDER

*inside your residence except for religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf;*

This stipulation and proposed order has been forwarded to Pretrial Services Officer Margarita Zepeda and she approves same.

Executed this 20th day of November, 2023, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for TODD MUMMA

Executed this 20th day of November, 2023, at Fresno, California.

/s/ David Gappa
DAVID GAPPA
Assistant United States Attorney

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Pretrial Release Order, Paragraph 7(c) be amended to read as follows:

(z) You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. ***CURFEW: You must remain inside your residence at all times, except from 9:00 a.m. to 1:00 p.m. on weekdays (Monday-Friday). At all other times, you must remain inside your residence except for religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other essential activities pre-approved***

*by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf*

IT IS SO ORDERED.

Dated: **November 22, 2023**

UNITED STATES MAGISTRATE JUDGE