UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>TODD ERIC MUMMA,<br><br>   Defendant. | Case No.: 1:20-cr-00168 JLT SKO<br><br>ORDER RE: RETAINING VIDEO EVIDENCE AND DIRECTING THE CLERK OF THE COURT TO STORE THE LODGED EXHIBITS IN THE EVIDENCE VAULT |

After his trial, Mr. Mumma was convicted of actual and attempted sexual exploitation of a minor in violation of 18 U.S.C. §§ 2251(a) and (e). During the proceedings, the defendant objected to the government solely retaining the photos and videos of the minor. As a result, the Court ordered the government to produce this evidence for the Court to retain in its evidence vault for purposes of appeal. Thus, the Court **ORDERS**:

1.   The Clerk of Court is directed to accept and store in the Court's evidence vault a digital device containing the images at issue and the lodged exhibits.

IT IS SO ORDERED.

Dated:   **March 13, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE