PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

McKENZIE HIGHTOWER
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Avenue NW, 11TH Floor
Washington, DC 20005
Telephone: 202-215-7126

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00168 JLT-SKO |
|---|---|
| Plaintiff, | ORDER FOR FORFEITURE MONEY JUDGMENT |
| v. | |
| TODD MUMMA, | |
| Defendant. | |

Based upon the United States' Application for Forfeiture Money Judgment and the guilty verdict entered by the Jury against defendant Todd Mumma,

IT IS HEREBY ORDERED that

1. The defendant Todd Mumma shall forfeit to the United States the sum of $410,000 and that the Court imposes a personal forfeiture money judgment against defendant in that amount.

2. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the implementation of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by

Customs and Border Protection or Homeland Security Investigations, in its secure custody and control.

     3.    This Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

     4.    The United States may, at any time, move under Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $410,000 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated: **September 25, 2024**



UNITED STATES DISTRICT JUDGE

Order for Forfeiture Money Judgment