**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 150
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for TODD MUMMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>TODD MUMMA,<br><br>  Defendant. | Case No. 1:20-cr-00168-JLT-SKO<br><br>~~PROPOSED~~ ORDER REGARDING RETURN OF CASH BAIL |

Whereas the Defendant, having been convicted and sentenced in the above-captioned proceeding, THE CLERK of the UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA is hereby ORDERED to return the cash bail regarding this matter in the amount of twenty-five thousand dollars ($25,000.00) to:

**Sharon Mumma**

**3310 W. Border Links Drive**

**Visalia, California 93291**

IT IS SO ORDERED.

Dated: __**November 12, 2024**__

_____
UNITED STATES DISTRICT JUDGE

ORDER REGARDING RETURN OF CASH BAIL