PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
KEVIN C. KHASIGIAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

McKENZIE HIGHTOWER
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Avenue NW, 11TH Floor
Washington, DC 20005
Telephone: 202-215-7126

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00168-JLT-SKO |
|---|---|
| Plaintiff, | APPLICATION AND ORDER FOR FORFEITURE MONEY JUDGMENT |
| v. | |
| TODD MUMMA, | |
| Defendant. | |

On March 7, 2024, the Jury returned a guilty verdict against defendant Todd Mumma, convicting him of Count One of the Indictment in violation of 18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Minor and Attempt.

On November 4, 2024, the Court ordered a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), in the amount of $160,000. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 2253(a)(1) and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Todd Mumma in the amount of

1

$160,000.00.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Todd Mumma's conviction for violating 18 U.S.C. § 2251(a) and (e) (Count One). This amount represents property that facilitated violations of or is traceable to property that facilitated violations of 18 U.S.C. § 2251(a) and (e). Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Customs and Border Protection, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.

4. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

5. The United States may, at any time, move under Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $160,000 to satisfy the money judgment in whole or in part.

Dated: November 14, 2024                    PHILLIP A. TALBERT
                                            United States Attorney


                                             /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney

**O R D E R**

The Court hereby imposes a personal forfeiture money judgment against defendant Todd Mumma in the amount of $160,000.00.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by U.S. Customs and Border Protection, in its secure custody and control.

This Order of Forfeiture is final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED.

Dated:   **November 14, 2024**

_____
UNITED STATES DISTRICT JUDGE